IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE JORDAN,<br><br>                Plaintiff,<br><br>  v.<br><br>PAMELA BONDI,<br><br>                Defendant. | CIVIL ACTION<br>NO. 24-6205 |

**ORDER**

**AND NOW**, this 28th day of August 2025, upon consideration of Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 11), Plaintiff's Response in Opposition (Doc. No. 12), Defendant's Reply (Doc. No. 13), the arguments made by counsel at the hearing held on July 2, 2025 (Doc. No. 19), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 11) is **GRANTED in part** and **DENIED in part**. Count I, disability discrimination based upon a failure to accommodate under the Rehabilitation Act, and Count IV, constructive discharge, are dismissed. Count II, retaliation based on disability discrimination under the Rehabilitation Act, and Count III, retaliation based on sexual harassment under Title VI, are not dismissed and remain as claims in this case.

It is **FURTHERED ORDERED** that Defendant shall file an Answer to the Amended Complaint by **September 18, 2025**.

BY THE COURT:


/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.